UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY JONES,

    Plaintiff,

v.                                                               Case No. 3:24cv582-LC-HTC

ALLISON BURGESS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 15, 2025 (ECF No. 11), recommending that Plaintiff's case be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b) for failure to state a claim on which relief may be granted. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2.	This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b) for failure to state a claim on which relief may be granted.

3.	The clerk shall close the file.

**DONE AND ORDERED** this 18th day of February, 2025.

        s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**